# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

MICHAEL LUJAN,

                    Plaintiffs,

  v.

SEEGER WEISS LLP, et al.,

                    Defendants.

Case No. 3:21-cv-0246-MMD-CLB

**ORDER DENYING MOTION FOR TRANSCRIPTS AT STATE EXPENSE**

[ECF No. 14]

Plaintiff's motion for transcripts at state expense, (ECF No. 14), is **DENIED as moot.** No hearings were held in this matter. Therefore, no transcripts exist. Further, Plaintiff is advised that when a notice of appeal is filed, the entire court file is designated as the Arecord on appeal and is available to the Ninth Circuit Court of Appeals electronically.  Plaintiff is also advised that because he is proceeding without counsel, the excerpts of record requirement is waived.  *See* 9th Cir. R. 30-1.2.  Appellees supplemental excerpts of record are limited to the district court docket sheet, the notice of appeal, the judgment or order appealed from, and any specific portions of the record cited in appellees brief.  *See* 9th Cir. R. 30-1.7.

    **DATED:**  September 1, 2021    .

_____

**UNITED STATES MAGISTRATE JUDGE**